

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2025

No. 04-24-00888-CV

Sam Jackson **GALYON**,
Appellant

v.

Andrea **NOBLE**, Bruce Noble and Lauren Nicole Pray,
Appellees

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI13767
Honorable Cynthia Marie Chapa, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, Sam Jackson Galyon's petition for permissive appeal is DENIED, and this appeal is DISMISSED FOR LACK OF JURISDICTION. Costs of this appeal are taxed against petitioner, Sam Jackson Galyon.

It is so **ORDERED** on January 29, 2025.

_____
Lori Massey Brissette, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of January, 2025.

_____
Luz Estrada, Chief Deputy Clerk